DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPENCER GRAFFAM** and **JODI GRAFFAM,**
Appellants,

v.

**CAROLYN BEVIS, DREW BROOKS** and **JOYCE BEVIS,**
Appellees.

No. 4D17-712

[December 7, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 16000945CAAXMX.

Adam C. Linkhorst of Linkhorst & Hockin, P.A., Jupiter, for appellants.

W. Scott Turnbull and Paige Loringer of Crary Buchanan, P.A., Stuart, for appellee Carolyn Bevis.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***